**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAY 2 1 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Xavier Flores,                          )
                                        )
          Plaintiff,                    )
                                        )
     v.                                 )     Civil Action No.    13-694
                                        )
The U.S. Senate Members,                )
                                        )
          Defendants.                   )
_____)

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application

to proceed *in forma pauperis*. The Court will grant plaintiff's application to proceed *in forma*

*pauperis* and will dismiss this action for lack of subject matter jurisdiction. *See* Fed. R. Civ. P.

12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter

jurisdiction is wanting).

Plaintiff, a homeless individual who submitted more than 30 cryptic complaints within

the first two weeks of March alone, sues the United States Senate for its "failure to address the

nation's solution to its problems." Compl. at 1. He demands an "evaluation of all the members

of the U.S. Senate" and their "retraining." *Id.* at 2. The law is clear that "federal courts are

without power to entertain claims otherwise within their jurisdiction if they are 'so attenuated

and unsubstantial as to be absolutely devoid of merit.' " *Hagans v. Lavine*, 415 U.S. 528, 536-7

(1974) (quoting *Newburyport Water Co. v. Newburyport*, 193 U.S. 561, 579 (1904)); *accord*

*Tooley v. Napolitano*, 586 F.3d 1006, 1009 (D.C. Cir. 2009) ("A complaint may be dismissed on

jurisdictional grounds when it "is 'patently insubstantial,' presenting no federal question suitable

1

for decision.") (quoting *Best v. Kelly*, 39 F.3d 328, 330 (D.C. Cir. 1994). The instant complaint

satisfies this standard and, therefore, will be dismissed. A separate order accompanies this

Memorandum Opinion.

Date: May 21 , 2013               United States District Judge

2